```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
KEN WIWA, et al.,                   :
                Plaintiffs,         :
        -against-                   :    96 Civ. 8386 (KMW)(HBP)
ROYAL DUTCH PETROLEUM COMPANY and   :
SHELL TRANSPORT AND TRADING
COMPANY,                            :
                Defendants.         :
-----------------------------------X
KEN WIWA, et al.,                   :
                Plaintiffs,         :
                                         01 Civ. 1909 (KMW)(HBP)
        -against-                   :
                                         MEMORANDUM OPINION
BRIAN ANDERSON,                     :    AND ORDER
                Defendant.          :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

By notice of motion filed December 23, 2003 (Docket Item 95 in 96 Civ. 8386), plaintiffs move to strike defendants' reply brief filed in connection with a motion to dismiss or in the alternative for leave to file a surreply brief. For the reasons set forth below, the motion is denied in all respects.

Plaintiffs motion arises out of the fact that defendants improperly raised a number of new issues for the first time in their reply. See generally Riverkeeper, Inc. v. Collins, 359

F.3d 156, 166 n.11 (2d Cir. 2004); <u>Evangelista v. Ashcroft</u>, 359 F.3d 145, 155 n.4 (2d Cir. 2004); <u>Knipe v. Skinner</u>, 999 F.2d 708, 710-11 (2d Cir. 1993); <u>A & E Prods. Group, L.P. v. Mainetti USA, Inc.</u>, 01 Civ. 10820 (RPP), 2004 WL 169741 at *6 (S.D.N.Y. Jan. 27, 2004); <u>Morris v. Dapolito</u>, 297 F. Supp.2d 680, 689 n.7 (S.D.N.Y. 2004). I have today issued a report and recommendation disposing of the motion to dismiss. As noted in footnote 3 at page 19 of the report and recommendation, I did not consider the new matter raised by defendants for the first time in reply that was not properly responsive to the plaintiffs' opposition papers.

Since I have not considered new matter improperly raised by defendants for the first time in reply, there is no need to strike defendants' reply papers or to permit plaintiffs to file surreply papers. Accordingly, plaintiffs' motion is denied in all respects.

Dated: New York, New York
March 31, 2006

SO ORDERED

/s/ Henry Pitman
HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Jennifer M. Green, Esq.
Beth Stephens, Esq.
Maria C. LaHood, Esq.
Center for Constitutional Rights
666 Broadway
7th Floor
New York, New York 10012

Judith Brown Chomsky, Esq.
Law Offices of Judith Brown Chomsky
Post Office Box 29726
8120 New Second Street
Elkins Park, Pennsylvania 19027

Anthony DiCaprio, Esq.
Michael Ratner, Esq.
Ratner, DiCaprio & Chomsky, LLP
80 Eighth Avenue
Suite 711
New York, New York 10011

Carey R. D'Avino, Esq.
Stephen A. Whinston, Esq.
Keino Robinson, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Rick Hertz, Esq.
EARTHRIGHTS International
1612 K Street N.W.
Suite 401
Washington, District of Columbia 20006

Rory O. Millson, Esq.
Thomas G. Rafferty, Esq.
Michael T. Reynolds, Esq.
Adrienne K. Wheatley, Esq.
Christopher Vergonis, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475