```
                                              ┌─────────────────────────────┐
                                              │ USDS SDNY                   │
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                  │ DOC #: _____      │
SOUTHERN DISTRICT OF NEW YORK                 │ DATE FILED: 5/1/09          │
-----------------------------------X          └─────────────────────────────┘
KEN WIWA, et al.,                   |

                Plaintiffs,         |

                                    |           96 Civ. 8386 (KMW) (HBP)
        -against-                   |

                                    |
ROYAL DUTCH PETROLEUM CO., et al.,  |

                Defendants.         |
-----------------------------------X
KEN WIWA, et al.,                   |

                Plaintiffs,         |

                                    |           01 Civ. 1909 (KMW) (HBP)
        -against-                   |

                                    |                   ORDER

BRIAN ANDERSON,                     |

                Defendant.          |
-----------------------------------X
```

KIMBA M. WOOD, U.S.D.J.:

Counsel for parties in the above captioned actions shall appear before the Court for a conference to discuss the questionnaire to be given to potential jurors. They shall do so on Wednesday May 6, 2009 at 11:00 AM.


                    SO ORDERED.

Dated:      New York, New York
            May  1 , 2009

                              _____
                              Kimba M. Wood
                              United States District Judge


                              1