```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KEN WIWA, et al.,                       |
                                        |
            Plaintiffs,                 |
                                        |  96 Civ. 8386 (KMW) (HBP)
    -against-                           |
                                        |
ROYAL DUTCH PETROLEUM CO., et al.,      |
                                        |
            Defendants.                 |
----------------------------------------X
KEN WIWA, et al.,                       |
                                        |
            Plaintiffs,                 |
                                        |  01 Civ. 1909 (KMW) (HBP)
    -against-                           |
                                        |       ORDER
                                        |
BRIAN ANDERSON,                         |
                                        |
            Defendant.                  |
----------------------------------------X
```

KIMBA M. WOOD, U.S.D.J.:

The conference scheduled in the above-captioned actions for 2:00 p.m., Wednesday June 3, 2009 is hereby canceled; trial remains adjourned sine die.

SO ORDERED.

Dated:   New York, New York
         June 3, 2009

                                    _____
                                    Kimba M. Wood
                                    United States District Judge

1